CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00218-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| CARLOS BARRAGAN, | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED by and between defendant, CARLOS BARRAGAN, by and through his counsel, Chris T. Rasmussen, Esq., and the United States America, by its counsel, Susan Cushman, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on October 10, 2019 at 2:00 p.m. be vacated and continued for at least 30 days or for a time suitable to the court.

    This Stipulation is entered into for the following reasons:

    1. The parties agree to a continuance;

    2. The defendant's counsel had major surgery on September 11, 2019.

    3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

    4. Denial of this request could result in a miscarriage of justice;

    5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by at least 30 days;

1

6. This is the first request for continuance.

DATED this 19th day of September, 2019.

/s//:  /s//:

CHRIS T. RASMUSSEN, ESQ.  SUSAN CUSHMAN
Attorney for Defendant  Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00218-RFB-VCF |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| CARLOS BARRAGAN, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defendant's counsel had major surgery on September 11, 2019;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date at least 30 days.

3. This is the first request for a continuance.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CARLOS BARRAGAN, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:18-cr-00218-RFB-VCF <br><br> **ORDER** |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for October 10, 2019 at the hour of 10:30 a.m., by vacated and continued to <u>November 14</u>, 2019, at the hour of <u>1:15</u> a.m./<u>p.m</u>.

DATED this <u>20th</u> day of September, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE