CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00218-RFB |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| CARLOS BARRAGAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, CARLOS BARRAGAN, by and through his counsel, Chris T. Rasmussen, Esq., and the United States America, by its counsel, Susan Cushman, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on November 14, 2019 at 1:15 p.m. be vacated and continued for at least 120 days or for a time suitable to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. The parties are working on sentencing issues;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by at least 120 days;

1

6. This is the second request for continuance.

DATED this 8th day of November, 2019.

/s//:  /s//:

CHRIS T. RASMUSSEN, ESQ.  SUSAN CUSHMAN
Attorney for Defendant  Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS BARRAGAN,<br><br>    Defendant. | Case No.: 2:18-cr-00218-RFB<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. The parties are working on sentencing issues;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date at least 120 days.

3. This is the first request for a continuance.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:18-cr-00218-RFB |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| CARLOS BARRAGAN, ) | |
| Defendant. ) | |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for November 14, 2019 at the hour of 1:15 p.m., by vacated and continued to __March 12__, 2020, at the hour of _1:30_ a.m./p.m.

DATED this _12th_ day of November, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE