CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CARLOS BARRAGAN, ) <br> ) <br> Defendant. ) | Case No.: 2:18-cr-00218-RFB <br><br> **STIPULATION TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, CARLOS BARRAGAN, by and through his counsel, Chris T. Rasmussen, Esq., and the United States America, by its counsel, Susan Cushman, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on March 12 at 11:30 a.m. be vacated and continued for 30 days or for a time suitable to the court but after April 12, 2020.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Defense counsel has a jury trial starting the week of March 9, 2020 in Kingman, Arizona.

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

5. For all the above- stated reasons, the ends of justice would best be served by a

1

continuance of the sentencing date by 30 days and a date after April 12, 2020.;

6. This is the third request for continuance.

DATED this 2nd day of March, 2020

/s//:

_____
CHRIS T. RASMUSSEN, ESQ.
Attorney for Defendant

/s//:

_____
SUSAN CUSHMAN
Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
330 South Third Street, Suite 1010
Las Vegas, Nevada 89101
(702) 464-6007
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>CARLOS BARRAGAN,<br><br>　　Defendant. | Case No.: 2:18-cr-00218-RFB<br><br>**FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defense counsel has a jury trial starting the week of March 9, 2020 in Kingman, Arizona;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for 30 days and a date after April 12, 2020.

3. This is the third request for a continuance.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00218-RFB |
| Plaintiff, | |
| vs. | **ORDER** |
| CARLOS BARRAGAN, | |
| Defendant. | |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for March 12, 2020 at the hour of 11:30 a.m., by vacated and continued to ___April 21,___, 2020, at the hour of __10:00__ a.m./p.m.

DATED this __2nd__ day of March, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE