CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
ctr@rasmussenlaw.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                                                                  ) Case No.: 2:18-cr-00218-RFB
                                                                  )
          Plaintiff, )
                                                                )
vs. ) **STIPULATION TO CONTINUE**
                                                                 ) **SENTENCING**
CARLOS BARRAGAN, )
                                                                )
          Defendant. )
_____)

IT IS HEREBY STIPULATED AND AGREED by and between defendant, CARLOS BARRAGAN, by and through his counsel, Chris T. Rasmussen, Esq., and the United States America, by its counsel, Susan Cushman, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on April 21 at 10:00 a.m. be vacated and continued for 60 days or for a time suitable to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Defense counsel has been unable to prepare for sentencing with the client due to the Covid-19.

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

1

5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by 60 days.

6. This is the fourth request for continuance.

DATED this 1st day of April, 2020.

/s//:  /s//:

_____  _____
CHRIS T. RASMUSSEN, ESQ.     SUSAN CUSHMAN
Attorney for Defendant       Assistant United States Attorney

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
ctr@rasmussenlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00218-RFB |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| CARLOS BARRAGAN, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defense counsel has been unable to prepare for sentencing with the client due to the Covid-19.

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

**CONCLUSIONS OF LAW**

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for 60 days.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00218-RFB |
| Plaintiff, | |
| vs. | **ORDER** |
| CARLOS BARRAGAN, | |
| Defendant. | |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for April 21, 2020 at the hour of 10:00 a.m., by vacated and continued to June 24, 2020, at the hour of 10:00 a.m./p.m.

DATED this 10th day of April, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE