CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CARLOS BARRAGAN, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 2:18-cr-00218-RFB<br><br>**STIPULATION TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED by and between defendant, CARLOS BARRAGAN, by and through his counsel, Chris T. Rasmussen, Esq., and the United States America, by its counsel, Susan Cushman, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on June 24 at 10:00 a.m. be vacated and continued for 30 days or for a time suitable to the court.

This Stipulation is entered into for the following reasons:

1. The parties agree to a continuance;

2. Defense counsel has been unable to prepare for sentencing with the client due to the Covid-19;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

4. Denial of this request could result in a miscarriage of justice;

1

5. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date by 30 days.

6. This is the fifth request for continuance.

DATED this 11th day of June, 2020.

| | |
|---|---|
| /s/ Chris T. Rasmussen | /s/ Susan Cushman |
| CHRIS T. RASMUSSEN, ESQ. | SUSAN CUSHMAN |
| Attorney for Defendant | Assistant United States Attorney |

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 South Fourth Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> CARLOS BARRAGAN, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: 2:18-cr-00218-RFB <br><br> **FINDINGS OF FACT AND** <br> **CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defense counsel has been unable to prepare for sentencing with the client due to the Covid-19;

3. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for 30 days.

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> CARLOS BARRAGAN, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: 2:18-cr-00218-RFB <br><br><br> **ORDER** |

    Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for June 24, 2020 at the hour of 10:00 a.m., by vacated and continued to ___August 5,_____, 2020, at the hour of _12:00_ a.m./p.m.

    DATED this 12th day of June, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

4